# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. No. 6:09-cv-00370-LED |
| DRIVEOK, INC. (d/b/a VEHICLEPATH), WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. and XIRGO TECHNOLOGIES, LLC, | § § § § § | Jury Trial Requested |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiffs HTI IP, LLC and NetworkFleet, Inc.'s Unopposed Motion for Extension of Time to Respond to Motion to Transfer Venue. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that the deadline for HTI's response to Defendant Xirgo Technologies, LLC's motion to transfer venue is extended from November 27, 2009 to December 4, 2009.

So ORDERED and SIGNED this 17th day of November, 2009.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dallas 290587v1