IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| DRIVEOK, INC. (D/B/A VEHICLEPATH), WEBTECH WIRELESS INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. | § | |

## WEBTECH WIRELESS INC.'S
## JOINDER IN MOTION TO TRANSFER

Defendant WebTech Wireless Inc. ("WebTech Canada") hereby provides its notice of joinder in the Motion by Defendant Xirgo Technologies, LLC ("Xirgo") to Transfer the Action to the Southern District of California, Docket Entry Number 39 ("Motion to Transfer").[1]

WHEREFORE, Defendant WebTech Canada respectfully requests that the Court grant Xirgo's Motion to Transfer, and for all other relief to which WebTech Canada may be entitled.

---

[1] WebTech Wireless USA, Ltd. ("WebTech USA") is filing a motion to dismiss for lack of jurisdiction and therefore does not join in the Motion to Transfer at this time; however, should WebTech USA's motion to dismiss be denied, WebTech USA will join in the Motion to Transfer Venue to the Southern District of California.

Respectfully submitted this 18th day of November, 2009

|  | /s/ *Brett C. Govett*<br>Brett C. Govett<br>Texas Bar No. 08235900<br>Email: bgovett@fulbright.com<br>Kirby B. Drake<br>Texas Bar No. 24036502<br>Email: kdrake@fulbright.com<br><br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br><br>**COUNSEL FOR DEFENDANTS WEBTECH WIRELESS INC. AND WEBTECH USA LTD.** |
|---|---|

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on November 18, 2009.

                               */s/ Brett C. Govett*
                                   Brett C. Govett