IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| DRIVEOK, INC. (D/B/A VEHICLEPATH), WEBTECH WIRELESS INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. | § | |

## WEBTECH WIRELESS INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant WebTech Wireless Inc. ("WebTech Canada") hereby makes the following corporate disclosure statement:

WebTech Canada has no parent corporation. No publicly held company holds more than 10% of WebTech Canada's stock.

Respectfully submitted this 18th day of November, 2009

|  | /s/ *Brett C. Govett* <br> Brett C. Govett <br> Texas Bar No. 08235900 <br> Email: bgovett@fulbright.com <br> Kirby B. Drake <br> Texas Bar No. 24036502 <br> Email: kdrake@fulbright.com <br><br> FULBRIGHT & JAWORSKI L.L.P. <br> 2200 Ross Avenue, Suite 2800 <br> Dallas, Texas 75201-2784 <br> Telephone: (214) 855-8000 <br> Facsimile: (214) 855-8200 <br><br> **COUNSEL FOR DEFENDANT WEBTECH WIRELESS INC.** |
|---|---|

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on November 18, 2009.

*/s/ Brett C. Govett*
Brett C. Govett