IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| DRIVEOK, INC. (D/B/A VEHICLEPATH), WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE OF KIRBY B. DRAKE

COMES NOW Defendants WebTech Wireless Inc. and WebTech Wireless USA Ltd. and hereby notify the Court and all parties of record that, Kirby B. Drake, Texas Bar Number 24036502 of Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, phone, (214) 855-8294, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: November 18, 2009

Respectfully submitted,


*/s/ Kirby B. Drake*
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com
Kirby B. Drake
Texas Bar No. 24036502
Email: kdrake@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**COUNSEL FOR DEFENDANTS WEBTECH WIRELESS INC. AND WEBTECH WIRELESS USA LTD.**


**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on November 18, 2009.

*/s /Kirby B. Drake*
Kirby B. Drake