IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> PROCON, INC., et al., ) <br> ) <br> *Defendants.* ) <br> ) <br> PROCON, INC., ) <br> ) <br> *Counterclaimant,* ) <br> ) <br> vs. ) <br> ) <br> HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Counterclaim Defendants.* ) <br> ) | Civil Action No. 6:09-CV-370 LED <br><br> Jury |

## PROCON, INC.'S JOINDER IN MOTION TO TRANSFER

Defendant PROCON, Inc. ("PROCON") hereby provides notice of its joinder in the Motion by Defendant Xirgo Technologies, LLC to Transfer the Action to the Southern District of California, Docket No. 39 ("Motion to Transfer").

WHEREFORE, Defendant PROCON respectfully requests that the Court grant the Motion to Transfer, and for all other relief to which PROCON may be entitled.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: November 19, 2009 | By: /s/ Mark P. Crockett |

        Mark P. Crockett, TN BPR #019352
        Geoffrey D. Kressin, TN BPR #000658
        **LUEDEKA NEELY & GRAHAM P.C.**
        P.O. Box 1871
        Knoxville, TN 37901
        Phone: (865) 546-4305
        Fax: (865) 523-4478
        mcrockett@LNG-patent.com
        gkressin@LNG-patent.com

        Andrew W. Stinson
        State Bar No. 24028013
        **RAMEY & FLOCK, P.C.**
        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        Phone: (903) 597-3301
        Fax: (903) 597-2413
        astinson@rameyflock.com

        **Attorneys for PROCON, Inc.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a), thereby serving this document on all counsel who are deemed to have consented to electronic service. Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail, facsimile transmission and/or U.S. First Class Mail on this 19th day of November, 2009.

                /s/ Mark P. Crockett
                Mark P. Crockett