**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **HTI IP, LLC and NETWORKFLEET, INC.,** § § § | | |
| **Plaintiffs,** § | | |
| vs. § | C.A. No. 6:09-cv-00370-LED | |
| § | | |
| **PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA, LTD. and XIRGO TECHNOLOGIES, LLC,** § § § § § | **Jury Trial Requested** | |
| **Defendants.** § § § § | | |

## NOTICE OF REQUEST FOR SCHEDULING CONFERENCE

COMES NOW Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively "HTI") and pursuant to the Court's Docket Order of August 21, 2009 (Dkt. No. 8) notifies the Court that all defendants to the instant lawsuit have answered or otherwise appeared.

Defendant Xirgo Technologies, LLC ("Xirgo") filed its answer and counterclaims on October 28, 2009 (Dkt. No. 33). Defendant Procon, Inc. ("Procon") filed its answer and counterclaims on November 9, 2009 (Dkt. No. 37). Defendant WebTech Wireless, Inc. ("WebTech") filed its answer and counterclaims on November 18, 2009. (Dkt. No. 44) Defendant Webtech Wireless USA, Ltd. ("Webtech USA") filed its motion to dismiss for lack of personal jurisdiction on November 18, 2009. (Dkt. No. 43) Accordingly each defendant has filed an answer or otherwise appeared and this case is now ready for the Court to set a scheduling conference.

There are two motions currently pending before the Court:

1. On November 10, 2009, Defendant Xirgo filed a motion to transfer venue to the Southern District of California. (Dkt. No. 39) Defendants Webtech and Procon subsequently joined in Xirgo's motion to transfer venue. (Dkt. Nos. 45 and 51)

2. On November 18, 2009, Defendant Webtech USA filed its motion to dismiss for lack of personal jurisdiction. (Dkt. No. 43)

There is one case related to this matter, which involved one of the patents at issue in the instant case:

1. *HTI IP v. GenX Mobile Inc.*, Case No. 6:07-cv-00466-LED-JDL (the case involved infringement of U.S. Patent No. 6,636,790; the case was terminated prior to the *Markman* hearing).

For the reasons stated above, HTI respectfully requests a scheduling conference be set in this matter.

Dated: November 23, 2009					Respectfully submitted,

**McKOOL SMITH**

By: */s/ Sam F. Baxter*
    Sam F. Baxter, Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone: (903) 923-9000
    Fax: (903) 923-9099

    Robert M. Manley
    Texas State Bar No. 00787955
    rmanley@mckoolsmith.com
    Martin C. Robson, III
    Texas State Bar No. 24004892
    mrobson@mckoolsmith.com
    McKOOL SMITH, P.C.
    300 Crescent Court, suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Fax: (214) 978-4044

    Robert M. Masters
    robmasters@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    875 15th Street, N.W.,
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-0238

    Elizabeth L. Brann
    elizabethbrann@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    4747 Executive Drive
    12th Floor
    San Diego, California 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

**ATTORNEYS FOR PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2009, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service.

        */s/ Martin C. Robson*
        Martin C. Robson