IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC and Networkfleet, Inc. | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-370 |
| | § | |
| Driveok, Inc. (d/b/a Vehiclepath), | § | |
| Webtech Wireless, Inc., | § | Jury Trial Requested |
| Webtech Wireless USA Ltd., and | § | |
| Xirgo Technologies, LLC | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Xirgo Technologies, LLC files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as counsel for Xirgo Technologies, LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: December 7, 2009

Respectfully submitted,

*/s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANT
XIRGO TECHNOLOGIES, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2009. Any other counsel of record will be served by First Class U.S. mail on this same date.

<em>/s/ Allen F. Gardner</em>