IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC and Networkfleet, Inc. | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-370 |
| | § | |
| Driveok, Inc. (d/b/a Vehiclepath), | § | |
| Webtech Wireless, Inc., | § | Jury Trial Requested |
| Webtech Wireless USA Ltd., and | § | |
| Xirgo Technologies, LLC | § | |

## ORDER GRANTING DEFENDANT XIRGO TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant Xirgo Technologies, LLC. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Andrew Wesley Spangler and the SPANGLER LAW, PC law firm be allowed to withdraw and are withdrawn as attorneys of record for Defendant Xirgo Technologies, LLC in the above referenced matter.

**So ORDERED and SIGNED this 9th day of December, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**