# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § |
| PLAINTIFFS, | § § |
| V. | § § |
| DRIVEOK, INC. (D/B/A VEHICLEPATH), WEBTECH WIRELESS INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § § § |
| DEFENDANTS. | § |

C.A. NO. 6:09-CV-370

## ORDER GRANTING
## MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
## WEBTECH WIRELESS USA LTD.'S MOTION TO DISMISS

This Court, having reviewed Defendant WebTech Wireless USA Ltd.'s ("WebTech USA") Unopposed Motion for Extension of Time to File Reply in Support of its Motion to Dismiss, finds that the WebTech USA's Motion should be GRANTED. Therefore, WebTech USA is granted an extension up to and including December 18, 2009 to file its Reply in Support of its Motion to Dismiss. No deadlines are otherwise altered.

**So ORDERED and SIGNED this 15th day of December, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE