# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **HTI IP LLC** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **vs.** | § | |
| | § | **CASE NO. 6:09-CV-370** |
| **DRIVEOK, INC., et al** | § | **PATENT CASE** |
| | § | |
|     **Defendants.** | § | |
| | § | |

## ORDER

In accordance with the status conference held January 4, 2010, this case is set as follows:

    ***Markman* Hearing: December 9, 2010 at 9:00 a.m**

    **Pretrial Conference:   June 23, 2011 at 9:00 a.m.**

    **Jury Selection: July 5, 2011 at 9:00 a.m.**

    **Jury Trial: July 11, 2011 at 9:00 a.m.**

The parties are to submit agreed Docket Control and Discovery Orders to the Court by **January 19, 2010.**[1]  <u>The parties shall include in the Docket Control Order the name and contact information of their agreed mediator, with the first round of mediation taking place before the claim construction hearing.</u>  If the parties cannot agree on a mediator, the Court will appoint one. Requests or motions for extension of time for parties to agree on a mediator will not be considered by the Court.

    If the parties are unable to resolve their disagreements concerning the Docket Control and

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.

Discovery Orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the Court deems **January 19, 2010** as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due **January 11, 2010.**

**So ORDERED and SIGNED this 5th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**