**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION NO: 6:09-cv-370 |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. and XIRGO TECHNOLOGIES, LLC | § | |
| | § | |
| | § | |
| *Defendants* | § | |
| | § | |
| And Related Counterclaims | § | |
| | § | |
| | § | |

<u>**ORDER**</u>

Before the Court is Plaintiffs HTI IP, LLC and NetworkFleet, Inc.'s (collectively, "HTI")

Unopposed Motion for Extension to Comply with its Patent Rule 3-1 and 3-2 Disclosures. After

careful consideration, the Court is of the opinion that the Motion is meritorious and should be

GRANTED.

It is therefore ORDERED that the deadline for HTI to comply with the Patent Rule 3-1

and 3-2 disclosures be extended from January 11, 2010 to January 22, 2010.

**So ORDERED and SIGNED this 11th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**