# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. | § | |
| | § | |
| *Plaintiffs,* | § | |
| vs. | § | CIVIL ACTION NO: 6:09-cv-370 |
| | § | JURY TRIAL DEMANDED |
| PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. and XIRGO TECHNOLOGIES, LLC | § § § | |
| *Defendants.* | § § | |
| And Related Counterclaims | § § § | |

## UNOPPOSED MOTION FOR ENTRY OF DOCKET
## CONTROL ORDER AND DISCOVERY ORDER

Plaintiffs HTI IP, LLC and NetworkFleet, Inc.'s, and on behalf of Defendants Procon, Inc., Xirgo Technologies, LLC, and WebTech Wireless, Inc. and WebTech Wireless USA Ltd., hereby notify the Court that they have reached agreement on the Discovery Order and Docket Control Order (attached hereto as Exhibits A and B, respectively) to be used in the above-styled matter. Accordingly, the parties hereby respectfully request that the Court approve and enter the same.

Dated: January 19, 2010                                    Respectfully submitted,

**McKOOL SMITH**

By: */s/ Sam F. Baxter*
    Sam F. Baxter, Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone: (903) 923-9000
    Fax: (903) 923-9099

    Robert M. Manley
    Texas State Bar No. 00787955
    rmanley@mckoolsmith.com
    Martin C. Robson, III
    Texas State Bar No. 24004892
    mrobson@mckoolsmith.com
    MCKOOL SMITH, P.C.
    300 Crescent Court, suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Fax: (214) 978-4044

    Robert M. Masters
    robmasters@paulhastings.com
    PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
    875 15th Street, N.W.,
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-0238

    Elizabeth L. Brann
    elizabethbrann@paulhastings.com
    PAUL, HASTINGS, JANOFSKY &
    WALKER LLP
    4747 Executive Drive
    12th Floor
    San Diego, California 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

Dallas 294249v1

*Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

*/s/ Martin C. Robson*
Martin C. Robson