# Exhibit 1

HTI-IP et al v. DriveOK et al.
6:09-cv-370 LED

| HTI IP, LLC et al., | |
|---|---|
| *Plaintiffs,* | Civil Action No: 6:09-cv-370 LED |
| vs. | Jury |
| DriveOK, Inc., et al., | |
| *Defendants.* | |
| And Related Counterclaim | |

**DECLARATION OF MICHAEL D. HARRIS ACCOMPANYING DEFENDANT XIRGO'S MOTION TO FILE SUPPLEMENTATION FOR ITS MOTION TO TRANSFER VENUE**

I, Michael D. Harris, declare as follows:

1. I am the same person who earlier submitted a declaration in support of defendant Xirgo Technologies LLC's motion to transfer venue.

2. I am lead counsel for Xirgo. During the week of January 18, 2010, I first learned about *Innovative Global Systems LLC v. Turnpike Global Technologies L.L.C., et al*, Case No. 6:09cv157 LED-JDL. Attorneys or paralegals in my law firm had searched Pacer for cases involving plaintiff HTI IP, but we did not look for cases involving plaintiff NetworkFleet. We first learned about the suit from an SEC form 10Q filed by plaintiffs' parent, Hughes Telematics, Inc.

3. Exhibit A to the proposed supplemental brief is a copy of NetworkFleet's motion to sever and transfer venue.

4. Exhibit B to the proposed supplemental brief is a copy of the order denying NetworkFleet's motion.

5. Exhibit C to the proposed supplemental brief is a copy of the home page on NetworkFleet's webpage, http://www.networkfleet.com/home.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 21, 2010

_Michael Harris_
Michael D. Harris