Exhibit C

HTI-IP et al v. DriveOK et al.
6:09-cv-370 LED



**Home**　**Products**　**Press Center**　**Company**　**Contact**　**Login**

### Member Login

**Username**

**Password**

▶ Login

MODE: **Standard** | **Secure**
▸ Forgotten your password?



### Fleet Management Products

Networkfleet offers industry leading fleet management products that improve fleet operating efficiency by reducing fuel consumption, maintenance expenses and vehicle emissions. With GPS tracking and remote engine diagnostics, the rugged, automotive-grade hardware of Networkfleet's products showcase our commitment to superior standards in engineering.

 **GPS Tracking + Diagnostics = Complete Fleet Management Solution**

The Networkfleet 3500 offers the powerful combination of GPS tracking and patented remote diagnostics. Your dispatchers will know where a vehicle is while your mechanics monitor when the vehicle will need service. The device also includes:

- Engine Diagnostics - ==The 3500 has patents around how it interfaces with the engine computer of a vehicle to provide diagnostic information remotely.==
- Sensor Capability – With sensors, fleet managers can get additional diagnostic data on their vehicles by detecting various voltage events.
- Plug & Play Installation - Easy to install to the OBD-II engine computer, the 3500 does not require any wire splicing.
- Roadside Assistance - A complete roadside assistance package is included at no additional cost with your Networkfleet 3500 service.

Take advantage of the full reporting suite that the 3500 has to offer. Contact our sales team at 858.410.5778 for an ROI Assessment or click here.

 **GPS Tracking = Low Cost Fleet Monitoring**

The Networkfleet 4200 is designed with the interface that the 3500 also uses but does not include engine diagnostic information or roadside assistance.

Begin tracking your fleet today. Contact our sales team at 858.410.5778 or click here.

### Media Center


View the Networkfleet Product Tour


ROI Video: Roto-Rooter


Free Green Paper: "Go Green and Save Green"


Free White Paper on Optimizing Fleet Maintenance

### Press Center

**Networkfleet in the News**

- An Entrepreneur's Tale: Diego Borrego and the Twists and Turns Behind Networkfleet
- Tracking Your Fleet Can Increase Bottom Line
- Telematics: No Longer Just a Dot on a Map

**Press Releases**

- Networkfleet, Inc. Promotes Keith Schneider to CEO
- California Counties, Cities and Government Agencies Select Networkfleet to Reduce Fuel Consumption and Lower Emissions
- Networkfleet Announces New Sensor Functionality for Improved Fleet Management

Exhibit C

| Award Winning Technology | Networkfleet for Government Organizations |
|---|---|
| <br><br>- Winner - M2M Value Silver Chain Award<br>- Winner - 15th Annual AeA High Tech Awards<br>- Technology Innovation Award - 2006 Frost and Sullivan | <br><br>Networkfleet's GSA contract number is GS-07F-5559R. Purchase through Networkfleet or online through GSA Advantage.<br><br>Learn More |

### About Networkfleet

Networkfleet is a leading provider of wireless fleet management services that improve fleet operating efficiency by reducing fuel consumption, maintenance expenses and vehicle emissions. The company's technology combines patented remote diagnostic monitoring with GPS-based Automatic Vehicle Location (AVL) systems. With access to more than 50 patents issued or pending, the company received the 2008 AeA High Tech award and was a finalist in Connect's 2008 Most Innovative Product Award for clean technology. Founded in 1999, Networkfleet is a wholly-owned subsidiary of Hughes Telematics, Inc. and is headquartered in San Diego, CA.

Company Information | Product Offerings | How to Contact Networkfleet

---

ABOUT SSL CERTIFICATES

Networkfleet Home | Products | Press Center
Company | Contact | Login | Sitemap

Copyright © 2001-2009 by Networkfleet
By continuing past this page, you expressly agree to be bound by Networkfleet's Web Site Terms and Conditions, and Privacy Policy.

Exhibit C