# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC et al., *Plaintiffs,* vs. DriveOK, Inc., et al., *Defendants.* And Related Counterclaim | Civil Action No: 6:09-cv-370 LED Jury Patent Case Judge Davis |

## ORDER GRANTING UNCONTESTED MOTION BY DEFENDANT XIRGO TECHNOLOGIES, LLC TO FILE A SUPPLEMENTARY BRIEF SUPPORTING ITS MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Defendant Xirgo Technologies, LLC (Xirgo) moved to file a supplementary brief in support of Xirgo's pending motion to transfer this action to the United States District Court for the Southern District of California under 28 U.S.C. § 1404(a). Plaintiffs do not contest this motion to supplement but request the right to reply.

For good cause, Xirgo's motion is **granted**. Xirgo will file its supplemental brief as a separate documents within one court day of this order. Plaintiffs will have until January ___, 2010, to file any response to the supplement brief.