UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC et al.,<br>　　　*Plaintiffs,*<br>vs.<br>DriveOK, Inc., et al.,<br>　　　*Defendants.* | Civil Action No: 6:09-cv-370 LED<br>Jury<br>Patent Case<br>Judge Davis |
| And Related Counterclaim | |

## ORDER GRANTING UNCONTESTED MOTION BY DEFENDANT XIRGO TECHNOLOGIES, LLC TO FILE A SUPPLEMENTARY BRIEF SUPPORTING ITS MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Defendant Xirgo Technologies, LLC (Xirgo) moved to file a supplementary brief in support of Xirgo's pending motion to transfer this action to the United States District Court for the Southern District of California under 28 U.S.C. § 1404(a). Plaintiffs do not contest this motion to supplement but request the right to reply.

For good cause, Xirgo's motion is **granted**. Xirgo will file its supplemental brief as a separate documents within one court day of this order. Plaintiffs will have until January 29, 2010, to file any response to the supplement brief.

**So ORDERED and SIGNED this 25th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**