# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. § <br> § <br> *Plaintiffs,* § <br> § <br> vs. § <br> § <br> PROCON, INC., WEBTECH WIRELESS, § <br> INC., WEBTECH WIRELESS USA LTD. and § <br> XIRGO § <br> TECHNOLOGIES, LLC § <br> *Defendants.* § <br> § <br> And Related Counterclaims § <br> § <br> § | CIVIL ACTION NO: 6:09-cv-370 <br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiffs HTI IP, LLC and NetworkFleet, Inc.'s Unopposed Motion to Dismiss. Having considered the Motion, the Court finds that it is meritorious and should be GRANTED.

It is therefore ORDERED that Plaintiffs' claims for infringement of U.S. Patent No. 7,480,551 against PROCON, Inc., WebTech Wireless, Inc., and WebTech Wireless USA Ltd are dismissed.

**So ORDERED and SIGNED this 25th day of January, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**