# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. § § *Plaintiffs* § vs. § PROCON, INC., WEBTECH WIRELESS, § INC., WEBTECH WIRELESS USA LTD. and § XIRGO § TECHNOLOGIES, LLC § *Defendants* § And Related Counterclaims § | CIVIL ACTION NO: 6:09-cv-370 JURY TRIAL DEMANDED |

**PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.'S
<u>NOTICE OF COMPLIANCE WITH P.R. 3-1 AND P.R. 3-2</u>**

Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively "HTI") hereby give Notice that on January 22, 2010, Plaintiffs complied with the P.R. 3-1 and 3-2 in accordance with the Court's Docket Control Order (Dkt. No. 71).

Dated: January 25, 2010            Respectfully submitted,

**McKOOL SMITH**

By: */s/ Sam F. Baxter*
    Sam F. Baxter, Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone: (903) 923-9000
    Fax: (903) 923-9099

    Robert M. Manley
    Texas State Bar No. 00787955
    rmanley@mckoolsmith.com
    Martin C. Robson, III
    Texas State Bar No. 24004892
    mrobson@mckoolsmith.com
    MCKOOL SMITH, P.C.
    300 Crescent Court, suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Fax: (214) 978-4044

    Robert M. Masters
    robmasters@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    875 15th Street, N.W.,
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-0238

Elizabeth L. Brann
elizabethbrann@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive
12th Floor
San Diego, California 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

*Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 25th day of January 2010. Local Rule CV-53(a)(3)(A).

   /s/ Martin Robson
Martin Robson