# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | CIVIL ACTION NO: 6:09-cv-370 |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| PROCON, INC., WEBTECH WIRELESS, | § | |
| INC., WEBTECH WIRELESS USA LTD. and | § | |
| XIRGO | § | |
| TECHNOLOGIES, LLC | § | |
| | § | |
| *Defendants* | § | |
| | § | |
| And Related Counterclaims | § | |
| | § | |
| | § | |

## SUPPLEMENTAL DECLARATION OF BHASKAR KAKARLA

I, Bhaskar Kakarla, declare:

1.    I am an associate at the law firm of Paul, Hastings, Janofsky & Walker LLP, 875 15th St. NW, Washington, DC 20005. I make this declaration in support of HTI IP, LLC and NetworkFleet, Inc.'s Response to Xirgo Technologies, LLC's Supplemental Brief Supporting Its Motion To Transfer The Action Under 28 U.S.C. § 1404(A).

2.    Attached hereto as Exhibit 1 is a true and correct copy of NetworkFleet Inc.'s Answer, Compulsory Counterclaims, and Demand For Jury Trial filed on June 25, 2009 in Innovative Global Systems LLC v. Turnpike Global Technologies LLC. et al., C.A. No. 6:2009cv00157, (E.D. Tex.).

3.    Attached hereto as Exhibit 2 is a true and correct copy of the docket sheet for Innovative Global Systems LLC v. Turnpike Global Technologies LLC et al., C.A. No. 6:2009cv00157 (E.D. Tex.), as of January 27, 2010.

Executed this 29th day of January 2010. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Bhaskar Kakarla_
Bhaskar Kakarla