# EXHIBIT 2

CASREF, MEDIATION, PATENT/TRADEMARK

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Tyler)
## CIVIL DOCKET FOR CASE #: 6:09-cv-00157-LED-JDL

Innovative Global Systems LLC v. Turnpike Global Techologies L.L.C. et al
Assigned to: Judge Leonard Davis
Referred to: Magistrate Judge John D. Love
Cause: 35:271 Patent Infringement

Date Filed: 04/07/2009
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**Hesha Abrams** represented by **Hesha Abrams**
7616 Burns Run
Suite 101
Dallas, TX 75248
972-702-9066
Email: hesha@abramsmediation.com
PRO SE

**Plaintiff**

**Innovative Global Systems LLC** represented by **Michael T Cooke**
Friedman Suder & Cooke
604 East Fourth Street
Suite 200
Fort Worth , TX 76102
817-334-0400
Fax: 817-334-0401
Email: mtc@fsclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam A Biggs**
Albritton Law Firm
P O Box 2649
Longview , TX 75606
903-757-8449
Fax: 903-758-7397
Email: aab@emafirm.com
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
Albritton Law Firm
PO Box 2649
Longview , TX 75606

903-757-8449
Fax: 903-758-7397
Email: ema@emafirm.com
*ATTORNEY TO BE NOTICED*

**Jonathan T Suder**
Friedman Suder & Cooke
604 East 4th Street
Suite 200
Fort Worth , TX 76102
817/334-0400
Fax: 18173340401
Email: jts@fsclaw.com
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
Wong Cabello Lutsch, Rutherford &
Brucculeri
20333 SH 249
Ste 600
Houston , TX 77070
832/446-2425
Fax: 832/446-2424
Email: krutherford@counselip.com
*ATTORNEY TO BE NOTICED*

**Raymond Scott Reese**
Wong Cabello Lutsch, Rutherford &
Brucculeri
20333 SH 249
Ste 600
Houston , TX 77070
832-446-2437
Fax: 832-446-2424
Email: sreese@counselip.com
*ATTORNEY TO BE NOTICED*

**Sarah Cabello**
Wong Cabello Lutsch Rutherford &
Brucculeri LLP
540 Cowper St
Ste 100
Palto Alto , CA 94301
832-446-2434
Fax: 832-446-2424
Email: scabello@counselip.com
*ATTORNEY TO BE NOTICED*

**Todd Ian Blumenfeld**
Friedman Suder & Cooke

                    604 East Fourth Street
                    Suite 200
                    Fort Worth , TX 76102
                    817-334-0400
                    Fax: 817-334-0401
                    Email: blumenfeld@fsclaw.com
                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Turnpike Global Techologies L.L.C.**    represented by  **John Douglas Fraser**
                    Shields Britton Fraser
                    5401 Village Creek Drive
                    Plano , TX 75093
                    469-726-3070
                    Fax: 19727884332
                    Email: jfraser@sbflegal.com
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Benjamin B Lieb**
                    Sheridan Ross PC
                    1560 Broadway
                    Suite 1200
                    Denver , CO 80202-1541
                    303/863-9700
                    Fax: 303/863-0223
                    Email: blieb@sheridanross.com
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

                    **Robert R Brunelli**
                    Sheridan Ross PC
                    1560 Broadway
                    Suite 1200
                    Denver , CO 80202-1541
                    303/863-9700
                    Fax: 303/863-0223
                    Email: rbrunelli@sheridanross.com
                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Cadec Global, Inc.**    represented by  **Paul R Morico**
                    Baker Botts - Houston
                    910 Louisiana
                    Suite 3000 One Shell Plaza
                    Houston , TX 77002-4995
                    713/229-1234

Fax: 713/229-1522
Email: paul.morico@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A Haffer**
Sheehan Phinney Bass & Green
1000 Elm Street
17th Floor
Manchester , NH 03101
603/627-8115
Fax: 603/641-2352
Email: ehaffer@sheehan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Catherine Kelly**
Baker Botts - Houston
910 Louisiana
Suite 3000 One Shell Plaza
Houston , TX 77002-4995
713/229-1335
Fax: 713/229-2835
Email: lisa.kelly@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Peter A Nieves**
Sheehan Phinney Bass & Green
1000 Elm Street
17th Floor
Manchester , NH 03101
603/627-8134
Fax: 603/641-2353
Email: pnieves@sheehan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert R Lucic**
Sheehan Phinney Bass & Green
1000 Elm Street
17th Floor
Manchester , NH 03101
603/627-8188
Fax: 603/641-2381
Email: rlucic@sheehan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xata Corporation**                        represented by  **Thomas Bernard Walsh , IV**

Fish & Richardson PC
5000 Bank One Center
1717 Main Street
Dallas , TX 75201
(214)747-5070
Fax: 12147472091
Email: walsh@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Gerasimow**
Fish & Richardson - Minneapolis
60 South Sixth Street
3200 RBC Plaza
Minneapolis , MN 55402
612/766-2072
Fax: 612/288-9696
Email: gerasimow@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E Florey**
Fish & Richardson - Minneapolis
60 South Sixth Street
3200 RBC Plaza
Minneapolis , MN 55402
612-337-2505
Fax: 612-288-9696
Email: florey@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **General Electric Company**<br>*TERMINATED: 08/03/2009* | represented by | **Thomas John Ward , Jr**<br>Ward & Smith Law Firm<br>P O Box 1231<br>Longview , TX 75606-1231<br>903/757-6400<br>Fax: 903/757-2323<br>Email: jw@jwfirm.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Trimble Navigation, Ltd.**
*TERMINATED: 06/16/2009*

**Defendant**

| | | |
|---|---|---|
| **Networkfleet, Inc.** | represented by | **Ophelia F Camina**<br>Susman Godfrey LLP<br>901 Main St |

Suite 5100
Dallas , TX 75202-3775
214/754-1910
Email: ocamina@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charley F Brown**
Ballard Spahr Andrews & Ingersoll - Atlanta
999 Peachtree Street, NE
Suite 1000
Atlanta , GA 30309
678/420-9300
Fax: 678/420-9301
Email: browncf@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence K Nodine**
Ballard Spahr Andrews & Ingersoll - Atlanta
999 Peachtree Street, NE
Suite 1000
Atlanta , GA 30309
678/420-9300
Fax: 678/420-9301
Email: nodinel@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin L Gentry**
Ballard Spahr Andrews & Ingersoll - Atlanta
999 Peachtree Street, NE
Suite 1000
Atlanta , GA 30309
678/420-9300
Fax: 678/420-9301
Email: gentryr@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GE Asset Intelligence LLC**              represented by  **Gregory Scott Bishop**
*TERMINATED: 12/17/2009*                                   Goodwin Procter LLP - Menlo Park
                                                           135 Commonweath Drive
                                                           Menlo Park , CA 94025
                                                           (650) 752-3100
                                                           Fax: (650) 853-1038

Email: gbishop@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron Willie Cooper**
Goodwin Procter LLP - Menlo Park
135 Commonweath Drive
Menlo Park , CA 94025
(650) 752-3100
Fax: (650) 853-1038
Email: bcooper@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**D. Stuart Bartow**
Goodwin Procter LLP - Menlo Park
135 Commonweath Drive
Menlo Park , CA 94025
650-752-3100
Fax: 650-853-1038
Email: sbartow@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Jack Wesley Hill**
Ward & Smith Law Firm
111 W. Tyler Street
Longview , TX 75601
903-757-6400
Fax: 903-757-2323
Email: wh@jwfirm.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Turnpike Global Techologies L.L.C.**        represented by    **John Douglas Fraser**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Benjamin B Lieb**
                                                                (See above for address)
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert R Brunelli**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.
**Counter Defendant**

**Innovative Global Systems LLC**             represented by    **Michael T Cooke**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan T Suder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Scott Reese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Cabello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cadec Global, Inc.**           represented by  **Paul R Morico**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A Haffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter A Nieves**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert R Lucic**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Innovative Global Systems LLC**    represented by  **Michael T Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Jonathan T Suder**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Raymond Scott Reese**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Sarah Cabello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Networkfleet, Inc.**                          represented by  **Lawrence K Nodine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **Ophelia F Camina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Innovative Global Systems LLC**      represented by  **Michael T Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Jonathan T Suder**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                   **Keith Alan Rutherford**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Raymond Scott Reese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Cabello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Xata Corporation**　　　　　represented by　**Thomas Bernard Walsh , IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A Gerasimow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael E Florey**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Innovative Global Systems LLC**　　　　　represented by　**Michael T Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan T Suder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Scott Reese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Cabello**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Todd Ian Blumenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GE Asset Intelligence LLC**
*TERMINATED: 12/17/2009*

represented by **Gregory Scott Bishop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Byron Willie Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D. Stuart Bartow**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Innovative Global Systems LLC**

represented by **Michael T Cooke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan T Suder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Scott Reese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Cabello**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Ian Blumenfeld**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2009 | 1 | COMPLAINT *Original Complaint* against all defendants ( Filing fee $ 350 receipt number 05400000000001947662.), filed by Innovative Global Systems LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Cooke, Michael) (Entered: 04/07/2009) |
| 04/07/2009 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Cooke, Michael) (Entered: 04/07/2009) |
| 04/07/2009 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Innovative Global Systems LLC (Cooke, Michael) (Entered: 04/07/2009) |
| 04/07/2009 |   | Judge Leonard Davis added. (mll, ) (Entered: 04/07/2009) |
| 04/07/2009 | 4 | NOTICE of Attorney Appearance by Eric M. Albritton on behalf of Innovative Global Systems LLC (Albritton, Eric) (Entered: 04/07/2009) |
| 04/07/2009 | 5 | NOTICE of Attorney Appearance by Keith Alan Rutherford on behalf of Innovative Global Systems LLC (Rutherford, Keith) (Entered: 04/07/2009) |
| 04/07/2009 | 6 | NOTICE of Attorney Appearance by Raymond Scott Reese on behalf of Innovative Global Systems LLC (Reese, Raymond) (Entered: 04/07/2009) |
| 04/07/2009 | 7 | E-GOV SEALED SUMMONS Issued as to Turnpike Global Techologies L.L.C., Cadec Global, Inc., Xata Corporation, General Electric Company, Trimble Navigation, Ltd., Networkfleet, Inc., and emailed to pltf for service. (mll, ) (Entered: 04/07/2009) |
| 04/07/2009 | 8 | ORDER that pltf file a notice that the case is ready for scheduling conference when all of the defts have either answered or filed a motion to transfer or dismiss. Signed by Judge Leonard Davis on 04/07/09. cc:attys 4-08-09(mll, ) (Entered: 04/08/2009) |
| 04/14/2009 | 9 | NOTICE of Attorney Appearance by Sarah Cabello on behalf of Innovative Global Systems LLC (Cabello, Sarah) (Entered: 04/14/2009) |
| 05/08/2009 | 10 | Unopposed MOTION for Extension of Time to File Answer by Turnpike Global Techologies L.L.C.. (Attachments: # 1 Text of Proposed Order)(Fraser, John) (Additional attachment(s) added on 5/12/2009: # 2 Corrected Text of Proposed Order) (mjc, ). (Entered: 05/08/2009) |
| 05/11/2009 | 11 | ORDER granting 10 Motion for Extension of Time to Answer. The deadline for Turnpike Global Technologies LLC to file an appearance, answer or any responsive or defensive matter is extended to 6-01-09. Signed by Judge Leonard Davis on 05/11/09. cc:attys 5-11-09 (mll, ) (Entered: 05/11/2009) |
| 05/12/2009 | 12 | APPLICATION to Appear Pro Hac Vice by Attorney Robert R Lucic for Cadec Global, Inc.. (mll, ) (Entered: 05/12/2009) |

| | | |
|---|---|---|
| 05/12/2009 | 13 | APPLICATION to Appear Pro Hac Vice by Attorney Edward A Haffer for Cadec Global, Inc.. (mll, ) (Entered: 05/12/2009) |
| 05/12/2009 | 14 | APPLICATION to Appear Pro Hac Vice by Attorney Peter A Nieves for Cadec Global, Inc.. (mll, ) (Entered: 05/12/2009) |
| 05/13/2009 | 15 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Cadec Global, Inc..( Morico, Paul) (Entered: 05/13/2009) |
| 05/13/2009 | 16 | NOTICE of Attorney Appearance by Paul R Morico on behalf of Cadec Global, Inc. (Morico, Paul) (Entered: 05/13/2009) |
| 05/13/2009 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 15 is granted pursuant to Local Rule CV-12 for Cadec Global, Inc. to 6/17/2009. 30 Days Granted for Deadline Extension.( mll, ) (Entered: 05/13/2009) |
| 05/18/2009 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney Robert R Brunelli for Turnpike Global Technologies L.L.C.. (mll, ) (Entered: 05/18/2009) |
| 05/21/2009 | 18 | ANSWER to Complaint, COUNTERCLAIM against Innovative Global Systems LLC by Turnpike Global Techologies L.L.C..(Fraser, John) (Entered: 05/21/2009) |
| 05/26/2009 | 19 | NOTICE of Attorney Appearance by Ophelia F Camina on behalf of Networkfleet, Inc. (Camina, Ophelia) (Entered: 05/26/2009) |
| 05/26/2009 | 20 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings* by Networkfleet, Inc.. (Attachments: # 1 Text of Proposed Order)(Camina, Ophelia) (Entered: 05/26/2009) |
| 05/27/2009 | 21 | CORPORATE DISCLOSURE STATEMENT filed by Turnpike Global Techologies L.L.C. (Fraser, John) (Entered: 05/27/2009) |
| 05/27/2009 | 22 | ORDER granting 20 Motion for Extension of Time. The deadline for deft Networkfleet Inc to file an appearance, answer, or any responsive or defensive matter shall be extended to 6-25-09. Signed by Judge Leonard Davis on 05/27/09. cc:attys 5-27-09(mll, ) (Entered: 05/27/2009) |
| 06/11/2009 | 23 | RESPONSE to 18 Answer to Complaint, Counterclaim *of Defendant Turnpike Global Technologies* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 06/11/2009) |
| 06/15/2009 | 24 | STIPULATION of Dismissal *as to Defendant Trimble Navigation Ltd.* by Innovative Global Systems LLC. (Attachments: # 1 Text of Proposed Order)(Cooke, Michael) (Entered: 06/15/2009) |
| 06/16/2009 | 25 | ORDER re 24 Stipulation of Dismissal filed by Innovative Global Systems LLC. The claims and causes of action asserted by pltf against deft Trimble Navigation Ltd are dismissed with prejudice. The parties shall bear their own attys' fees, expenses and costs. Signed by Judge Leonard Davis on 06/16/09. cc:attys 6-16-09(mll, ) (Entered: 06/16/2009) |
| 06/17/2009 | 26 | ANSWER to 1 Complaint,, COUNTERCLAIM against Innovative Global Systems LLC by Cadec Global, Inc..(Morico, Paul) (Entered: 06/17/2009) |

| 06/17/2009 | 27 | CORPORATE DISCLOSURE STATEMENT filed by Cadec Global, Inc. (Morico, Paul) (Entered: 06/17/2009) |
|---|---|---|
| 06/25/2009 | 28 | *Defendant Networkfleet Inc.s* ANSWER to 1 Complaint, *Compulsory*, COUNTERCLAIM *and Demand for Jury Trial* against Innovative Global Systems LLC by Networkfleet, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Camina, Ophelia) (Entered: 06/25/2009) |
| 06/30/2009 | 29 | RESPONSE to 26 Answer to Complaint, Counterclaim *of Defendant Cadec Global, Inc.* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 06/30/2009) |
| 07/02/2009 | 30 | ***DOCUMENT FILED IN ERROR. PLEASE DISREGARD.*** MOTION to Sever *and Transfer Venue* by Networkfleet, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Camina, Ophelia) Modified on 7/6/2009 (mjc, ). (Entered: 07/02/2009) |
| 07/06/2009 |  | ***FILED IN ERROR. Document # 30, Motion to Sever and Transfer. PLEASE IGNORE. TO BE REFILED IN SEARCHABLE PDF WITH PROPOSED ORDER.*** (mjc, ) (Entered: 07/06/2009) |
| 07/06/2009 | 31 | MOTION to Sever *and Transfer Venue* by Networkfleet, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Text of Proposed Order)(Camina, Ophelia) (Entered: 07/06/2009) |
| 07/07/2009 | 32 | NOTICE of Attorney Appearance by Todd Ian Blumenfeld on behalf of Innovative Global Systems LLC (Blumenfeld, Todd) (Entered: 07/07/2009) |
| 07/14/2009 | 33 | RESPONSE to 28 Answer to Complaint, Counterclaim,, *of Defendant NetworkFleet, Inc.* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 07/14/2009) |
| 07/16/2009 | 34 | NOTICE of Attorney Appearance by Thomas John Ward, Jr on behalf of General Electric Company (Ward, Thomas) (Entered: 07/16/2009) |
| 07/17/2009 | 35 | RESPONSE in Opposition re 31 MOTION to Sever *and Transfer Venue Plaintiff's Response in Opposition to Defendant NetworkFleet's Motion to Sever and Transfer Venue* filed by Innovative Global Systems LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Cooke, Michael) (Entered: 07/17/2009) |
| 07/24/2009 | 36 | APPLICATION to Appear Pro Hac Vice by Attorney David A Gerasimow for Xata Corporation. (kls, ) (Entered: 07/24/2009) |
| 07/24/2009 | 37 | APPLICATION to Appear Pro Hac Vice by Attorney Michael E Florey for Xata Corporation. (kls, ) (Entered: 07/24/2009) |
| 07/27/2009 | 38 | RESPONSE in Support re 31 MOTION to Sever *and Transfer Venue* filed by Networkfleet, Inc.. (Camina, Ophelia) (Entered: 07/27/2009) |
| 07/27/2009 | 39 | ANSWER to 1 Complaint,, COUNTERCLAIM against Innovative Global Systems LLC by Xata Corporation.(Walsh, Thomas) (Entered: 07/27/2009) |

| | | |
|---|---|---|
| 07/27/2009 | 40 | CORPORATE DISCLOSURE STATEMENT filed by Xata Corporation identifying Other Affiliate Tridet Capital Management-V LLC, Other Affiliate John Deere Special Technologies Group, Inc. for Xata Corporation, Xata Corporation. (Walsh, Thomas) (Entered: 07/27/2009) |
| 07/31/2009 | 41 | Unopposed MOTION to Substitute Party *Plaintiff's Unopposed Motoin to Substitute Defendant General Electric Co.* by Innovative Global Systems LLC. (Attachments: # 1 Text of Proposed Order)(Cooke, Michael) (Entered: 07/31/2009) |
| 07/31/2009 | 42 | APPLICATION to Appear Pro Hac Vice by Attorney Charley F Brown for Networkfleet, Inc.. (kls, ) (Entered: 08/03/2009) |
| 07/31/2009 | 43 | APPLICATION to Appear Pro Hac Vice by Attorney Robin L Gentry for Networkfleet, Inc.. (kls, ) (Entered: 08/03/2009) |
| 07/31/2009 | 44 | APPLICATION to Appear Pro Hac Vice by Attorney Lawrence K Nodine for Networkfleet, Inc.. (kls, ) (Entered: 08/03/2009) |
| 08/03/2009 | 45 | ORDER granting 41 Motion to Substitute Party. GE Asset Intelligence LLC added. General Electric Company terminated. Signed by Judge Leonard Davis on 08/03/09. cc:attys 8-03-09 (mll, ) (Entered: 08/03/2009) |
| 08/04/2009 | 46 | *GE Asset Intelligence, LLC's* ANSWER to 1 Complaint,, COUNTERCLAIM against Innovative Global Systems LLC by GE Asset Intelligence LLC. (Bishop, Gregory) (Entered: 08/04/2009) |
| 08/04/2009 | 47 | CORPORATE DISCLOSURE STATEMENT filed by GE Asset Intelligence LLC identifying Corporate Parent General Electric Company, Corporate Parent General Electric Capital Services, Inc., Other Affiliate General Electric Capital Corporation for GE Asset Intelligence LLC, GE Asset Intelligence LLC. (Bishop, Gregory) (Entered: 08/04/2009) |
| 08/05/2009 | 48 | NOTICE by Innovative Global Systems LLC *that Case is Ready for Scheduling Conference* (Cooke, Michael) (Entered: 08/05/2009) |
| 08/06/2009 | 49 | NOTICE of Attorney Appearance by Byron Willie Cooper on behalf of GE Asset Intelligence LLC (Cooper, Byron) (Entered: 08/06/2009) |
| 08/06/2009 | 50 | NOTICE of Attorney Appearance by D. Stuart Bartow on behalf of GE Asset Intelligence LLC (Bartow, D.) (Entered: 08/06/2009) |
| 08/10/2009 | 51 | ORDER setting Status Conference for 9/8/2009 01:30 PM before Judge Leonard Davis and Judge John Love. Signed by Judge Leonard Davis on 08/09/09. cc:attys 8-10-09(mll, ) (Entered: 08/10/2009) |
| 08/18/2009 | 52 | RESPONSE to 39 Answer to Complaint, Counterclaim *of XATA Corporation* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 08/18/2009) |
| 08/18/2009 | 53 | RESPONSE to 46 Answer to Complaint, Counterclaim *of GE Asset Intelligence, LLC* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 08/18/2009) |
| 09/08/2009 | 54 | NOTICE of Attorney Appearance by Adam A Biggs on behalf of Innovative Global Systems LLC (Biggs, Adam) (Entered: 09/08/2009) |

| | | |
|---|---|---|
| 09/08/2009 | 55 | Minute Entry for proceedings held before Magistrate Judge John D. Love: Status Conference held on 9/8/2009. (Court Reporter Kimberly Julian.) (Attachments: # 1 Attorney Sign-In Sheet) (mjm, ) (Entered: 09/08/2009) |
| 09/10/2009 | 56 | MOTION for Leave to File *Plaintiff's Motion for Leave to File Supplemental Evidence and/or Out of Time Surreply Regarding NetworkFleet's Motion to Sever and Transfer* by Innovative Global Systems LLC. (Attachments: # 1 Text of Proposed Order)(Cooke, Michael) (Entered: 09/10/2009) |
| 09/10/2009 | 57 | SUR-REPLY to Reply to Response to Motion re 31 MOTION to Sever *and Transfer Venue Plaintiff's Out of Time Surreply Regarding NetworkFleet's Motion to Sever and Transfer filed by Innovative Global Systems LLC*. (Attachments: # 1 Exhibit A)(Cooke, Michael) (Entered: 09/10/2009) |
| 09/15/2009 | 58 | NOTICE of Disclosure by Innovative Global Systems LLC *Plaintiff's Notice of Disclosures Pursuant to Patent Rules 3-1 and 3-2* (Cooke, Michael) (Entered: 09/15/2009) |
| 09/15/2009 | 59 | ORDER that the parties submit agreed Docket Control and Discovery Orders to the Court by 9-22-2009. For purposes of computing the time deadlines under the local patent rules, the Court deems 9-22-2009 as the effective Rule 16 Initial Case Management Conference date. Signed by Judge Leonard Davis on 09/15/09. cc:attys 9-15-09(mll, ) Modified on 9/15/2009 (mll, ). (Entered: 09/15/2009) |
| 09/21/2009 | 60 | ORDER REFERRING CASE to Magistrate Judge John D. Love to conduct pretrial proceedings. Signed by Judge Leonard Davis on 09/21/09. cc:attys 9-22-09(mll, ) (Entered: 09/22/2009) |
| 09/22/2009 | 61 | Submission of Proposed Agreed Discovery order by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 09/22/2009) |
| 09/22/2009 | 62 | Submission of Proposed Agreed Docket control order by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 09/22/2009) |
| 09/23/2009 | 63 | **DOCKET CONTROL ORDER.** (Discovery due by 10/27/2010. Dispositive Motions due by 11/24/2010. Jury Selection set for 2/7/2011 at 9:00 AM before Judge Leonard Davis. Jury Trial set for 2/14/2011 at 9:00 AM before Judge Leonard Davis. Pretrial Conference set for 1/20/2011 at 1:30 PM before Magistrate Judge John D. Love.) Signed by Magistrate Judge John D. Love on 9/23/2009. (gsg) (Entered: 09/24/2009) |
| 09/24/2009 | 64 | DISCOVERY ORDER. Signed by Magistrate Judge John D. Love on 09/24/09. cc:attys 9-25-09(mll, ) (Entered: 09/25/2009) |
| 09/24/2009 | 65 | DOCKET CONTROL ORDER. Signed by Magistrate Judge John D. Love on 09/24/09. cc:attys 9-25-09(mll, ) (Entered: 09/25/2009) |
| 09/25/2009 | 66 | NOTICE of Attorney Appearance by Lisa Catherine Kelly on behalf of Cadec Global, Inc. (Kelly, Lisa) (Entered: 09/25/2009) |
| 09/25/2009 | 67 | RESPONSE in Opposition re 56 MOTION for Leave to File *Plaintiff's Motion for Leave to File Supplemental Evidence and/or Out of Time Surreply Regarding NetworkFleet's Motion to Sever and Transfer filed by Networkfleet,* |

| | | |
|---|---|---|
| | | *Inc..* (Nodine, Lawrence) (Entered: 09/25/2009) |
| 09/25/2009 | 68 | APPLICATION to Appear Pro Hac Vice by Attorney Benjamin B Lieb for Turnpike Global Techologies L.L.C.. (mll, ) (Entered: 09/25/2009) |
| 09/28/2009 | 69 | ORDER granting 56 Motion for Leave to File Supplemental Evidence. Signed by Magistrate Judge John D. Love on 09/28/09. cc:attys 9-28-09 (mll, ) (Entered: 09/28/2009) |
| 10/06/2009 | 70 | NOTICE by Innovative Global Systems LLC *Notice of Agreed Upon Mediator* (Cooke, Michael) (Entered: 10/06/2009) |
| 10/07/2009 | 71 | ORDER REFERRING CASE to Mediator. Hesha Abrams added as Mediator. Signed by Magistrate Judge John D. Love on 10/07/09. cc:attys 10-07-09 (mll, ) (Entered: 10/07/2009) |
| 10/12/2009 | 72 | **\*\*FILED IN ERROR. SEE DOCUMENT 73 FOR CORRECT PLEADING\*\*** NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of Innovative Global Systems LLC (Hill, Jack) Modified on 10/13/2009 (mll, ). (Entered: 10/12/2009) |
| 10/13/2009 | 73 | NOTICE of Attorney Appearance by Jack Wesley Hill on behalf of GE Asset Intelligence LLC (Hill, Jack) (Entered: 10/13/2009) |
| 10/20/2009 | 74 | ORDER denying without prejudice 31 Motion to Sever and Transfer. Signed by Magistrate Judge John D. Love on 10/20/09. cc:attys 10-21-09 (mll, ) (Entered: 10/21/2009) |
| 10/22/2009 | 75 | **\*\*\*DOCUMENT FILED IN ERROR. PLEASE DISREGARD.\*\*\*** NOTICE of Designation of Attorney in Charge to Paul R Morico on behalf of Cadec Global, Inc. (Morico, Paul) Modified on 10/23/2009 (mjc, ). (Entered: 10/22/2009) |
| 10/22/2009 | 76 | NOTICE of Disclosure by Cadec Global, Inc. *Initial* (Morico, Paul) (Entered: 10/22/2009) |
| 10/22/2009 | 77 | NOTICE of Disclosure by Xata Corporation *Pursuant to Rule 26* (Florey, Michael) (Entered: 10/22/2009) |
| 10/22/2009 | 78 | NOTICE of Disclosure by Xata Corporation *Pursuant to Paragraph One of Discovery Order* (Florey, Michael) (Entered: 10/22/2009) |
| 10/22/2009 | 79 | NOTICE of Disclosure by Networkfleet, Inc. (Nodine, Lawrence) (Entered: 10/22/2009) |
| 10/22/2009 | 80 | NOTICE of Disclosure by Turnpike Global Techologies L.L.C. *Notice of Initial Disclosures* (Fraser, John) (Entered: 10/22/2009) |
| 10/22/2009 | 81 | NOTICE of Disclosure by Innovative Global Systems LLC *Plaintiff's Notice of Disclosures Pursuant to Discovery Order, Paragraph 1* (Cooke, Michael) (Entered: 10/22/2009) |
| 10/22/2009 | 82 | NOTICE of Disclosure by GE Asset Intelligence LLC *[Defendant GE Asset Intelligence, LLC's Notice of Compliance with Initial Disclosures* (Bartow, D.) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 10/22/2009) |
| 10/23/2009 |  | ***FILED IN ERROR. Document # 75 , Notice of Designation of Lead Attorney. PLEASE IGNORE. TO BE REFILED BY PROPER ATTORNEY.*** <br> (mjc, ) (Entered: 10/23/2009) |
| 10/26/2009 | 83 | NOTICE of Designation of Attorney in Charge to Paul R Morico on behalf of Cadec Global, Inc. (Morico, Paul) (Entered: 10/26/2009) |
| 11/04/2009 | 84 | Unopposed MOTION for Extension of Time to Complete Discovery by Turnpike Global Techologies L.L.C.. (Attachments: # 1 Text of Proposed Order)(Fraser, John) (Entered: 11/04/2009) |
| 11/04/2009 | 85 | Unopposed MOTION for Extension of Time to File *Disclosures Under Discovery Order, Paragraph 2* by Xata Corporation. (Attachments: # 1 Text of Proposed Order)(Florey, Michael) (Entered: 11/04/2009) |
| 11/05/2009 | 86 | ORDER granting 84 Motion for Extension of Time to Complete Discovery. Deft Turnpike Global Technologies LLC's deadline for Disclosures pursuant to this Court's Discovery Order is extended to 11-13-2009. Signed by Magistrate Judge John D. Love on 11/05/09. cc:attys 11-05-09 (mll, ) (Entered: 11/05/2009) |
| 11/05/2009 | 87 | ORDER granting 85 Motion for Extension of Time. XATA may have to 11-16-2009 to comply with any requirements to complete discovery. Signed by Magistrate Judge John D. Love on 11/05/09. cc:attys 11-05-09 (mll, ) (Entered: 11/05/2009) |
| 11/06/2009 | 88 | NOTICE of Disclosure by Innovative Global Systems LLC *Plaintiff's Notice of Disclosures Pursuant to Discovery Order, Paragraph 2* (Cooke, Michael) (Entered: 11/06/2009) |
| 11/06/2009 | 89 | NOTICE of Disclosure by Cadec Global, Inc. *Cadec's Notice of Disclosure Pursuant to Discovery Order* (Kelly, Lisa) (Entered: 11/06/2009) |
| 11/09/2009 | 90 | NOTICE of Disclosure by GE Asset Intelligence LLC *[Defendant GE Asset Intelligence, LLC's Notice of Compliance With Additional Disclosures]* (Bartow, D.) (Entered: 11/09/2009) |
| 11/13/2009 | 91 | Joint MOTION for Extension of Time to Complete Discovery by Turnpike Global Techologies L.L.C.. (Attachments: # 1 Text of Proposed Order)(Fraser, John) (Entered: 11/13/2009) |
| 11/16/2009 | 92 | ORDER granting 91 Motion for Extension of Time to Complete Discovery. TPG and IGS may have to 1-11-2010 to comply with the Court's Discovery Order and Patent Rules 3-3, 3-4, 4-1, and mediate this case. Signed by Magistrate Judge John D. Love on 11/16/09. cc:attys 11-16-09 (mll, ) (Entered: 11/16/2009) |
| 11/16/2009 | 93 | Joint MOTION for Extension of Time to File *deadlines* by Xata Corporation. (Attachments: # 1 Text of Proposed Order)(Florey, Michael) (Entered: 11/16/2009) |
|  |  |  |

| 11/16/2009 | 94  | NOTICE by Networkfleet, Inc. *Notice of Compliance with P.R. 3-3, 3-4, and 3-5* (Nodine, Lawrence) (Entered: 11/16/2009) |
| --- | --- | --- |
| 11/17/2009 | 95  | NOTICE of Disclosure by Cadec Global, Inc. (Kelly, Lisa) (Entered: 11/17/2009) |
| 11/17/2009 | 96  | NOTICE of Disclosure by GE Asset Intelligence LLC *[Defendant GE Asset Intelligence, LLC's Notice of Compliance with Patent Rules 3-3 and 3-4]* (Bartow, D.) (Entered: 11/17/2009) |
| 11/18/2009 | 97  | ORDER granting 93 Motion for Extension of Time. Signed by Magistrate Judge John D. Love on 11/18/09. cc:attys 11-18-09 (mll, ) (Entered: 11/18/2009) |
| 12/11/2009 | 98  | NOTICE by Innovative Global Systems LLC *INNOVATIVE GLOBAL SYSTEMS LLC'S NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-1* (Rutherford, Keith) (Entered: 12/11/2009) |
| 12/14/2009 | 99  | NOTICE of Disclosure by Networkfleet, Inc. *Notice of Compliance with P.R. 4-1* (Brown, Charley) (Entered: 12/14/2009) |
| 12/14/2009 | 100 | NOTICE of Disclosure by Cadec Global, Inc. *Notice of Compliance with P.R. 4-1* (Kelly, Lisa) (Entered: 12/14/2009) |
| 12/17/2009 | 101 | STIPULATION of Dismissal *Stipulation of Dismissal as to Defendant GE Asset Intelligence, LLC* by Innovative Global Systems LLC. (Cooke, Michael) (Entered: 12/17/2009) |
| 12/18/2009 | 102 | STIPULATION of Dismissal *Stipulation of Dismissal with Prejudice as to Defendants Turnpike Global Technologies, L.L.C. and XATA Corporation* by Innovative Global Systems LLC. (Attachments: # 1 Text of Proposed Order) (Cooke, Michael) (Entered: 12/18/2009) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/27/2010 18:48:24 | | | |
| **PACER Login:** | ph0723 | **Client Code:** | 09071.00001 |
| **Description:** | Docket Report | **Search Criteria:** | 6:09-cv-00157-LED-JDL |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |