UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC et al.,<br>    *Plaintiffs,*<br>vs.<br>DriveOK, Inc., et al.,<br>    *Defendants.* | Civil Action No: 6:09-cv-370 LED<br>Jury<br>Patent Case |
| And Related Counterclaim | |

**DEFENDANT XIRGO'S NOTICE OF INITIAL DISCLOSURES**

Defendant Xirgo Technologies, LLC (Xirgo) gives notice that on February 18, 2010, it served its initial disclosures pursuant to the Discovery Order (Dkt. 86) via electronic mail.

February 18, 2010
/s/ *Michael Harris*
Michael D. Harris (lead attorney), Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Michael E. Jones, State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner, State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311 • Fax: (903) 593-0846

Attorneys for defendant and counterclaimant Xirgo Technologies, LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on February 18, 2010, I electronically filed the foregoing document "Defendant Xirgo's Notice of Initial Disclosures" using the Case Management/Electronic Case Filing (CM/ECF) system per Local Rule CV-5(a)(3), which will send a Notice of Electronic Filing of the document to the CM/ECF participants.

February 18, 2010      /s/ *Michael Harris*
             Michael D. Harris