# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC. § | |
| § | |
| *Plaintiffs* § | |
| vs. § | CIVIL ACTION NO: 6:09-cv-370 |
| § | JURY TRIAL DEMANDED |
| PROCON, INC., WEBTECH WIRELESS, § | |
| INC., WEBTECH WIRELESS USA LTD. and § | |
| XIRGO § | |
| TECHNOLOGIES, LLC § | |
| *Defendants* § | |
| And Related Counterclaims § | |

**PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.'S**
**<u>NOTICE OF INITIAL DISCLOSURES</u>**

Plaintiffs HTI IP, LLC and NetworkFleet, Inc. hereby gives Notice that on February 18, 2010, they complied with the disclosures required by Paragraph 2 of the Court's Discovery Order (Dkt. No. 86).

Dated: February 19, 2010                    Respectfully submitted,

**McKOOL SMITH**

By:   /s/ Martin C. Robson
     Sam F. Baxter, Lead Attorney
     Texas State Bar No. 01938000
     sbaxter@mckoolsmith.com
     MCKOOL SMITH, P.C.
     104 E. Houston St., Ste. 300
     P.O. Box O
     Marshall, Texas 75670
     Telephone: (903) 923-9000
     Fax: (903) 923-9099

     Robert M. Manley
     Texas State Bar No. 00787955
     rmanley@mckoolsmith.com
     Martin C. Robson, III
     Texas State Bar No. 24004892
     mrobson@mckoolsmith.com
     McKOOL SMITH, P.C.
     300 Crescent Court, suite 1500
     Dallas, Texas 75201
     Telephone: (214) 978-4000
     Fax: (214) 978-4044

     Robert M. Masters
     robmasters@paulhastings.com
     Bhaskar Kakarla
     bhaskarkakarla@paulhastings.com
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
     875 15th Street, N.W.,
     Washington, D.C. 20005
     Telephone: (202) 551-1700
     Facsimile: (202) 551-0238

     Elizabeth L. Brann
     elizabethbrann@paulhastings.com
     PAUL, HASTINGS, JANOFSKY & WALKER LLP
     4747 Executive Drive
     12th Floor
     San Diego, California 92121
     Telephone: (858) 458-3000
     Facsimile: (858) 458-3005

*Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 19th day of February 2010. Local Rule CV-53(a)(3)(A).

    /s/ Martin Robson
Martin Robson