# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> ) <br> PROCON, INC., et al., ) <br> ) <br> *Defendants.* ) <br> ) <br> PROCON, INC., ) <br> ) <br> *Counterclaimant,* ) <br> ) <br> vs. ) <br> ) <br> HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Counterclaim Defendants.* ) <br> ) | Civil Action No. 6:09-CV-370 LED <br><br> Jury |

## DEFENDANT PROCON, INC.'S NOTICE OF ADDITIONAL DISCLOSURES

Defendant PROCON, Inc. (hereinafter "PROCON") hereby gives Notice that on March 5, 2010, PROCON served its Additional Disclosures pursuant to the Court's Discovery Order (Dkt. No. 86) via electronic mail.

Respectfully submitted,

Dated: March 5, 2010

By: /s/ Mark P. Crockett
Mark P. Crockett, TN BPR #019352
Geoffrey D. Kressin, TN BPR #000658
**LUEDEKA NEELY & GRAHAM P.C.**
P.O. Box 1871
Knoxville, TN 37901
Phone: (865) 546-4305
Fax: (865) 523-4478
mcrockett@LNG-patent.com
gkressin@LNG-patent.com

Andrew W. Stinson
State Bar No. 24028013
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
astinson@rameyflock.com

**Attorneys for PROCON, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a), thereby serving this document on all counsel who are deemed to have consented to electronic service. Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail, facsimile transmission and/or U.S. First Class Mail on this 5th day of March, 2010.

/s/ Mark P. Crockett
Mark P. Crockett