UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC et al., <br>     *Plaintiffs,* <br> vs. <br> DriveOK, Inc., et al., <br>     *Defendants.* | Civil Action No: 6:09-cv-370 LED <br> Jury <br> Patent Case |
| And Related Counterclaim | |

**DEFENDANT XIRGO'S NOTICE OF ADDITIONAL DISCLOSURES**

Defendant Xirgo Technologies, LLC ("Xirgo") gives notice that on March 5, 2010, it served its additional disclosures pursuant to the Discovery Order (Dkt. 86) via electronic mail.

March 5, 2010

/s/ *M. Kala Sarvaiya*
M. Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
Michael D. Harris (lead attorney), Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Michael E. Jones, State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner, State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311 • Fax: (903) 593-0846

Attorneys for defendant and counterclaimant Xirgo Technologies, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2010, I electronically filed the foregoing document "Defendant Xirgo's Notice of Additional Disclosures" using the Case Management/Electronic Case Filing (CM/ECF) system per Local Rule CV-5(a)(3), which will send a Notice of Electronic Filing of the document to the CM/ECF participants.


March 5, 2010                  /s/ *M. Kala Sarvaiya*
                                      M. Kala Sarvaiya