# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., § <br> § <br> *Plaintiffs,* § <br> § <br> vs. § <br> § <br> PROCON, INC., WEBTECH WIRELESS, § <br> INC., WEBTECH WIRELESS USA LTD. and § <br> XIRGO TECHNOLOGIES, LLC, § <br> § <br> *Defendants.* § <br> § <br> And Related Counterclaims. § <br> § <br> § | CIVIL ACTION NO: 6:09-cv-370 <br> JURY TRIAL DEMANDED |

**PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.'S**
**NOTICE OF ADDITIONAL INITIAL DISCLOSURES**

Plaintiffs HTI IP, LLC and NetworkFleet, Inc. hereby gives Notice that on March 05, 2010, they complied with the additional disclosures required by Paragraph 3 of the Court's Discovery Order (Dkt. No. 86).

Dated: March 05, 2010

Respectfully submitted,

**McKOOL SMITH**

By: * /s/ Martin C. Robson*
    Sam F. Baxter, Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone: (903) 923-9000
    Fax: (903) 923-9099

    Robert M. Manley
    Texas State Bar No. 00787955
    rmanley@mckoolsmith.com
    Martin C. Robson, III
    Texas State Bar No. 24004892
    mrobson@mckoolsmith.com
    McKOOL SMITH, P.C.
    300 Crescent Court, suite 1500
    Dallas, Texas 75201
    Telephone: (214) 978-4000
    Fax: (214) 978-4044

    Robert M. Masters
    robmasters@paulhastings.com
    Bhaskar Kakarla
    bhaskarkakarla@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    875 15th Street, N.W.,
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-0238

    Elizabeth L. Brann
    elizabethbrann@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    4747 Executive Drive
    12th Floor
    San Diego, California 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

*Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 5th day of March 2010. Local Rule CV-53(a)(3)(A).

                                                     */s/ Martin C. Robson*
                                                   Martin C. Robson