# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., § § § *Plaintiffs,* § vs. § PROCON, INC., WEBTECH WIRELESS, § INC., WEBTECH WIRELESS USA LTD. and § XIRGO TECHNOLOGIES, LLC, § § *Defendants.* § § And Related Counterclaims. § § | CIVIL ACTION NO: 6:09-cv-370 JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION REGARDING DEPOSITION HOURS

Came on for consideration Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively "Plaintiffs") and ProCon, Inc., Webtech Wireless, Inc., Webtech Wireless USA LTD. and Xirgo Technologies, LLC (collectively "Defendants") Agreed Motion Regarding Deposition Hours. The Court, having given due consideration thereto, finds that the parties' motion should be GRANTED.

It is hereby ordered that the parties are to supplement Paragraph 5(c) of the February 1, 2010 Discovery Order as follows:

The total number of deposition hours per side for both party witnesses (which includes witnesses pursuant to Fed. R. Civ. Proc. 30(b)(6) and witnesses pursuant to Fed. R. Civ. Proc. 30(b)(1)) and third party witnesses will be 200. Herein, "side" means a party or group of parties with a common interest, i.e., Plaintiffs collectively comprise a "side," and Defendants collectively comprise a "side."

The 200 hour limitation will not apply to the deposition of witnesses that have executed declarations, affidavits or other affirmations for a party to the extent such deposition is in regard to the subject matter of the declaration, affidavit, or other affirmation.

The total number of deposition hours permitted for each of the named inventors of the patents-in-suit shall be 7 hours plus an additional 2 hours per defendant remaining in the case at the time of such deposition.

**So ORDERED and SIGNED this 8th day of March, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dallas 297007v1