IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., § § § | |
| PLAINTIFFS, § § | |
| V. § § | |
| DRIVEOK, INC. (D/B/A VEHICLEPATH), WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, § § § § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. § | |

## WEBTECH WIRELESS INC.'S NOTICE OF ADDITIONAL DISCLOSURES

Defendant WebTech Wireless Inc. ("WebTech Canada") hereby gives notice that, pursuant to the Court's Discovery Order dated February 1, 2010, Court Docket #86 , it served its Additional Disclosures upon Plaintiff on February March 5, 2010.

Respectfully submitted this 9th day of March, 2010,

| | |
|---|---|
| | /s/ *Brett C. Govett*<br>Brett C. Govett<br>Texas Bar No. 08235900<br>Email: bgovett@fulbright.com<br>Kirby B. Drake<br>Texas Bar No. 24036502<br>Email: kdrake@fulbright.com<br><br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br><br>**COUNSEL FOR DEFENDANT** |

|  | **WEBTECH WIRELESS INC.** |
|--|--|

## CERTIFICATE OF SERVICE

  Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on March 9, 2010.

                */s/ Brett C. Govett*
                  Brett C. Govett