IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI, IP, LLC and Networkfleet, Inc. | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-370 |
| | § | |
| Procon, Inc., | § | |
| Webtech Wireless, Inc., | § | Jury Trial Requested |
| Webtech Wireless USA Ltd. and | § | |
| Xirgo Technologies, LLC | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND THE DISCOVERY ORDER

Before the Court is Defendants Procon, Inc., Webtech Wireless, Inc., Webtech Wireless USA Ltd., and Xirgo Technologies, LLC ("Defendants") Unopposed Motion to Amend the Discovery Order [Dkt. #86] by extending the time period for Defendants to produce documents required by Paragraph 3 "Additional Disclosures" from March 5, 2010 to March 29, 2010. The Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants time produce documents required by Paragraph 3 "Additional Disclosures" shall be extended up to and including March 29, 2010.

**So ORDERED and SIGNED this 8th day of March, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**