**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> ) <br> PROCON, INC., et al., ) <br> ) <br> *Defendants.* ) <br> ) <br> PROCON, INC., ) <br> ) <br> *Counterclaimant,* ) <br> ) <br> vs. ) <br> ) <br> HTI IP, LLC and NETWORKFLEET, INC., ) <br> ) <br> *Counterclaim Defendants.* ) <br> ) | Civil Action No. 6:09-CV-370 LED <br> Jury |

**DEFENDANT PROCON, INC.'S NOTICE OF DOCUMENT PRODUCTION
PURSUANT TO PARAGRAPH 3A OF DISCOVERY ORDER, PRODUCTION OF
INVALIDITY CONTENTIONS, AND DOCUMENT PRODUCTION SUPPORTING
INVALIDITY CONTENTIONS**

Defendant PROCON, Inc. (hereinafter "PROCON") hereby gives Notice that on March 29, 2010, PROCON complied with the disclosures required by Paragraph 3A of the Court's Discovery Order (Dkt. No. 86) and complied with the requirements of Sections 3-3 and 3-4 of the Court's Patent Rules.

                                        Respectfully submitted,

Dated: March 29, 2010          By: /s/ Mark P. Crockett
                                      Mark P. Crockett, TN BPR #019352
                                      Geoffrey D. Kressin, TN BPR #000658
                                      **LUEDEKA NEELY & GRAHAM P.C.**
                                      P.O. Box 1871
                                      Knoxville, TN 37901
                                      Phone: (865) 546-4305
                                      Fax: (865) 523-4478
                                      mcrockett@LNG-patent.com
                                      gkressin@LNG-patent.com

                                      Andrew W. Stinson
                                      State Bar No. 24028013
                                      **RAMEY & FLOCK, P.C.**
                                      100 East Ferguson, Suite 500
                                      Tyler, Texas 75702
                                      Phone: (903) 597-3301
                                      Fax: (903) 597-2413
                                      astinson@rameyflock.com

                                      **Attorneys for PROCON, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a), thereby serving this document on all counsel who are deemed to have consented to electronic service. Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail, facsimile transmission and/or U.S. First Class Mail on this 5th day of March, 2010.

                                                             /s/ Mark P. Crockett
                                                             Mark P. Crockett