UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC et al., <br>     *Plaintiffs,* <br> vs. <br> DriveOK, Inc., et al., <br>     *Defendants.* | Civil Action No: 6:09-cv-370 LED <br> Jury |
| And Related Counterclaim | |

**DEFENDANT XIRGO TECHNOLOGIES, LLC'S NOTICE OF DOCUMENT PRODUCTION PURSUANT TO PARAGRAPH 3A OF DISCOVERY ORDER, PRODUCTION OF INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION SUPPORTING INVALIDITY CONTENTIONS**

Defendant Xirgo Technologies, LLC gives notice that on March 29, 2010, Xirgo complied with the disclosures required by Paragraph 3A of the Discovery Order (Dkt. No. 86) and complied with the requirements of Sections 3-3 and 3-4 of the Patent Rules with one exception.

It has not fully complied with Section 3-4(a) of the Patent Rules, however. The parties agreed that defendants would make their source code available at the Dallas offices of Fulbright & Jaworski for inspection under controlled conditions. Xirgo is delayed in providing its source code (but not the other documents). Therefore, it did not send the source code to Fulbright & Jaworski on March 29. However, Xirgo will make it available no later than April 6, 2010.

| | |
|---|---|
| March 29, 2010 | /s/ *Michael Harris* <br> Michael D. Harris (lead attorney) <br> Cal. Bar No. 59,470 |
| Michael E. Jones, State Bar No. 10929400 <br> mikejones@potterminton.com <br> Allen F. Gardner, State Bar No. 24043679 <br> allengardner@potterminton.com <br> POTTER MINTON, A Professional Corporation <br> 110 North College, Suite 500 <br> Tyler, TX 75702 <br> Phone: (903) 597-8311 • Fax: (903) 593-0846 | MHarris@socalip.com <br> Steven C. Sereboff, Cal. Bar No. 156,731 <br> SSereboff@socalip.com <br> Kala Sarvaiya, Cal. Bar No. 238,453 <br> KSarvaiya@socalip.com <br> SOCAL IP LAW GROUP LLP <br> 310 N. Westlake Blvd., Suite 120 <br> Westlake Village, CA 91362-3788 <br> Phone: (805) 230-1350 • Fax: (805) 230-1355 |
| | Attorneys for defendant and counterclaimant <br> Xirgo Technologies, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2010, I served the foregoing document "Defendant Xirgo Technologies, LLC's Notice of Document Production Pursuant to Paragraph 3a of Discovery Order, Production of Invalidity Contentions and Document Production Supporting Invalidity Contentions" on the other attorneys by email addressed using the attorneys' Case Management/Electronic Case Filing (CM/ECF) registered email addresses listed below:

Andrew Stinson
    andys@rameyflock.com
Brett Govett
    bgovett@fulbright.com
Kirby Drake
    kdrake@fulbright.com
Miriam Quinn
    mquinn@fulbright.com
Geoffrey D Kressin
    gkressin@LNG-patent.com
Mark P Crockett
    mcrockett@LNG-patent.com
Amy Simpson
    amysimpson@paulhasting.com

Robert Masters
    robmasters@paulhastings.com
Elizabeth Brann
    elizabethbrann@paulhastings.com
Bhaskar Kakarla
    bhaskarkakarla@paulhastings.com
Terrance Wikberg
    terrywikberg@paulhastings.com
Samuel Franklin Baxter
    sbaxter@mckoolsmith.com
Martin Robson
    mrobson@mckoolsmith.com
Robert Manley
    rmanley@mckoolsmith.com

March 29, 2010
    /s/ *Michael Harris*
    Michael D. Harris