IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI, IP, LLC and Networkfleet, Inc. | § § | |
| v. | § § | Civil Action No. 6:09-cv-370 |
| Procon, Inc., | § | |
| Webtech Wireless, Inc., | § | Jury Trial Requested |
| Webtech Wireless USA Ltd. and | § | |
| Xirgo Technologies, LLC | § | |

## ORDER GRANTING XIRGO TECHNOLOGIES, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Before the Court is Defendant Xirgo Technologies, LLC's ("Xirgo") Unopposed Motion for Extension of Time to Complete Discovery by extending the time for Xirgo to make its source code available for review under the terms of the protective order up to and including April 7, 2010. The Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Xirgo Technologies, LLC shall provide its P.R. 3-4(a) source code on or before April 7, 2010.

**So ORDERED and SIGNED this 1st day of April, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**