IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. | § § | |

## WEBTECH WIRELESS INC. AND WEBTECH WIRLESS USA LTD.'S NOTICE OF P.R. 3-3 AND 3-4 DISCLOSURES

Defendants WebTech Wireless Inc. and WebTech Wireless USA LTD. hereby give notice that, pursuant to the Court's Docket Control Order dated February 1, 2010, Court Docket #87, they served their P.R. 3-3 and P.R. 3-4 Disclosures upon Plaintiff on March 29, 2010.

Respectfully submitted this 2nd day of April, 2010,

|  | /s/ *Brett C. Govett* |
|--|--|
|  | Brett C. Govett |
|  | Texas Bar No. 08235900 |
|  | Email: bgovett@fulbright.com |
|  | Kirby B. Drake |
|  | Texas Bar No. 24036502 |
|  | Email: kdrake@fulbright.com |
|  |  |
|  | FULBRIGHT & JAWORSKI L.L.P. |
|  | 2200 Ross Avenue, Suite 2800 |
|  | Dallas, Texas  75201-2784 |
|  | Telephone:  (214) 855-8000 |
|  | Facsimile:  (214) 855-8200 |
|  |  |
|  | **COUNSEL FOR DEFENDANTS WEBTECH WIRELESS INC. and WEBTECH WIRELESS USA LTD.** |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on April 2, 2010.

*/s/ Brett C. Govett*
Brett C. Govett