**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | CIVIL ACTION NO: 6:09-cv-370 |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. and XIRGO TECHNOLOGIES, LLC, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| And Related Counterclaims | § | |
| | § | |
| | § | |

**PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.'S**
**NOTICE OF COMPLIANCE WITH P.R. 4-1**

Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively "HTI") hereby gives Notice

that on April 8, 2010, Plaintiffs complied with the P.R. 4-1 in accordance with the Court's

Docket Control Order (Dkt. No. 87).

Dated: April 9, 2010

Respectfully submitted,

**McKOOL SMITH**

By:   /s/ Martin C. Robson
      Sam F. Baxter, Lead Attorney
      Texas State Bar No. 01938000
      sbaxter@mckoolsmith.com
      MCKOOL SMITH, P.C.
      104 E. Houston St., Ste. 300
      P.O. Box O
      Marshall, Texas 75670
      Telephone:  (903) 923-9000
      Fax:  (903) 923-9099

      Robert M. Manley
      Texas State Bar No. 00787955
      rmanley@mckoolsmith.com
      Martin C. Robson, III
      Texas State Bar No. 24004892
      mrobson@mckoolsmith.com
      McKOOL SMITH, P.C.
      300 Crescent Court, suite 1500
      Dallas, Texas 75201
      Telephone:  (214) 978-4000
      Fax:  (214) 978-4044

      Robert M. Masters
      robmasters@paulhastings.com
      Bhaskar Kakarla
      bhaskarkakarla@paulhastings.com
      PAUL,  HASTINGS,  JANOFSKY  &
      WALKER LLP
      875 15th Street, N.W.,
      Washington, D.C. 20005
      Telephone: (202) 551-1700
      Facsimile: (202) 551-0238

      Elizabeth L. Brann
      elizabethbrann@paulhastings.com
      PAUL,  HASTINGS,  JANOFSKY  &
      WALKER LLP
      4747 Executive Drive
      12th Floor
      San Diego, California 92121
      Telephone: (858) 458-3000
      Facsimile: (858) 458-3005

      *Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this, the 9th day of April 2010. Local Rule CV-53(a)(3)(A).

/s/ Martin Robson
Martin Robson