## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC AND NETWORKFLEET, INC., | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | |
| PROCON, INC., WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. AND XIRGO TECHNOLOGIES, LLC, | § § § § § | C.A. NO. 6:09-CV-370 |
| DEFENDANTS. | § § § | |

### DEFENDANTS PROCON, INC., WEBTECH WIRELESS INC., WEBTECH WIRELESS USA LTD AND XIRGO TECHNOLOGIES, LLC NOTICE OF P.R. 4-1 DISCLOSURES

Defendants PROCON, Inc., WebTech Wireless Inc., WebTech Wireless USA LTD., and

Xirgo Technologies, LLC. ("Defendants") hereby give notice that, pursuant to the Court's

Docket Control Order dated February 1, 2010, Court Docket #87, they served their P.R. 4-1

Disclosures upon Plaintiff on April 8, 2010.

Respectfully submitted this 9th day of April, 2010,

*/s/ Mark P. Crockett*
Mark P. Crockett, TN BPR #019352
Geoffrey D. Kressin, TN BPR #000658
LUEDEKA NEELY & GRAHAM P.C.
P.O. Box 1871
Knoxville, TN 37901
Phone: (865) 546-4305
Fax: (865) 523-4478
mcrockett@LNG-patent.com
gkressin@LNG-patent.com
Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
astinson@rameyflock.com
**ATTORNEYS FOR DEFENDANT
PROCON, INC.**

*/s/Brett C. Govett*
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com
Miriam Quinn
Texas Bar No. 24037313
Email: mquinn@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**Counsel for Defendants
WEBTECH WIRELESS, INC.
WEBTECH WIRELESS USA LTD.**

*/s/Allen F. Gardner*
Allen Franklin Gardner
Texas Bar No. 24043679
allengardner@potterminton.com
Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

**Counsel for Defendant
XIRGO TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document has been served in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas on April 9, 2010.

_/s/ Brett C. Govett_____
Brett C. Govett