**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., | ) |
| *Plaintiffs,* | ) |
| vs. | ) |
| PROCON, INC., et al., | ) |
| *Defendants.* | ) Civil Action No. 6:09-CV-370 LED |
| PROCON, INC., | ) Jury |
| *Counterclaimant,* | ) |
| vs. | ) |
| HTI IP, LLC and NETWORKFLEET, INC., | ) |
| *Counterclaim Defendants.* | ) |

**DEFENDANT PROCON, INC.'S NOTICE OF PROCON'S ANSWERS
TO HTI IP, LLC'S AND NETWORKFLEET, INC.'S
FIRST SET OF INTERROGATORIES (1-7)**

Defendant PROCON, Inc. (hereinafter "PROCON") hereby gives Notice that on April 27, 2010, PROCON served on all counsel of record PROCON'S ANSWERS TO HTI IP, LLC AND NETWORKFLEET, INC.'S FIRST SET OF INTERROGATORIES (1-7).

Respectfully submitted,

Dated: April 27, 2010

By: /s/ Mark P. Crockett
Mark P. Crockett, TN BPR #019352
Geoffrey D. Kressin, TN BPR #000658
**LUEDEKA NEELY & GRAHAM P.C.**
P.O. Box 1871
Knoxville, TN 37901
Phone: (865) 546-4305
Fax: (865) 523-4478
mcrockett@LNG-patent.com
gkressin@LNG-patent.com

Andrew W. Stinson
State Bar No. 24028013
**RAMEY & FLOCK, P.C.**
100 East Ferguson, Suite 500
Tyler, Texas 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
astinson@rameyflock.com

**Attorneys for PROCON, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a), thereby serving this document on all counsel who are deemed to have consented to electronic service. Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail, facsimile transmission and/or U.S. First Class Mail on this 27th day of April, 2010.

/s/ Mark P. Crockett
Mark P. Crockett