# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:09-cv-370 |
| DRIVEOK, INC. (d/b/a VEHCILEPATH), WEBTECH WIRELESS, INC., WEBTECH WIRELESS USA LTD. and XIRGO TECHNOLGIES, LLC. | § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that that undersigned attorney, Todd Y. Brandt, enters his appearance in this matter for Defendant Xirgo Technologies, LLC. for purposes of receiving notices and orders from the Court.

Dated: May 5, 2010                                         Respectfully submitted,


                                                                          By: /s/ Todd Y. Brandt
                                                                              Todd Y. Brandt
                                                                              State Bar No. 24027051
                                                                              Spangler Law P.C.
                                                                              208 N. Green St., Suite 300
                                                                              Longview, TX 75601
                                                                              Telephone: (903) 753-9300
                                                                              Facsimile: (903) 553-0403
                                                                              Email:brandt@spanglerlawpc.com

                                                                              ATTORNEY FOR XIRGO
                                                                              TECHNOLOGIES, LLC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of May, 2010 , with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/Todd Y. Brandt
                                          Todd Y. Brandt