**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| vs. ) | |
| ) | |
| PROCON, INC., et al., ) | |
| ) | |
| *Defendants.* ) | Civil Action No. 6:09-CV-370 LED |
| ) | Jury |
| PROCON, INC., ) | |
| ) | |
| *Counterclaimant,* ) | |
| ) | |
| vs. ) | |
| ) | |
| HTI IP, LLC and NETWORKFLEET, INC., ) | |
| ) | |
| *Counterclaim Defendants.* ) | |
| ) | |

**DEFENDANT PROCON, INC.'S NOTICE OF PROCON'S FIRST
SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS
HTI IP, LLC AND NETWORKFLEET, INC.**

Defendant PROCON, Inc. (hereinafter "PROCON") hereby gives Notice that on May 10, 2010, PROCON served on all counsel of record PROCON, INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.

                                        Respectfully submitted,

Dated: May 10, 2010                By: /s/ Mark P. Crockett
                                          Mark P. Crockett, TN BPR #019352
                                          Geoffrey D. Kressin, TN BPR #000658
                                          **LUEDEKA NEELY & GRAHAM P.C.**
                                          P.O. Box 1871
                                          Knoxville, TN 37901
                                          Phone: (865) 546-4305
                                          Fax: (865) 523-4478
                                          mcrockett@LNG-patent.com
                                          gkressin@LNG-patent.com

                                          Andrew W. Stinson
                                          State Bar No. 24028013
                                          **RAMEY & FLOCK, P.C.**
                                          100 East Ferguson, Suite 500
                                          Tyler, Texas 75702
                                          Phone: (903) 597-3301
                                          Fax: (903) 597-2413
                                          astinson@rameyflock.com

                                          **Attorneys for PROCON, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a), thereby serving this document on all counsel who are deemed to have consented to electronic service. Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail, facsimile transmission and/or U.S. First Class Mail on this 10th day of May, 2010.

                                                      /s/ Mark P. Crockett
                                                         Mark P. Crockett