IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC.<br><br>v.<br><br>DRIVEOK, INC. (d/b/a VEHCILEPATH),<br>WEBTECH WIRELESS, INC.,<br>WEBTECH WIRELESS USA LTD., and<br>XIRGO TECHNOLOGIES, LLC | No. 6:09-CV-370 |

### ORDER GRANTING DEFENDANT XIRGO TECHNOLOGIES, LLC'S MOTION TO WITHDRAWAL AS COUNSEL

Before the Court is Defendant Xirgo Technologies, LLC's Unopposed Motion to Withdrawal as Counsel Todd Y. Brandt. The Motion is GRANTED.

IT IS ORDERED that Todd Y. Brandt is withdrawn as counsel for Defendant Xirgo Technologies, LLC in this matter, and will no longer receive cm/ecf notices.

**So ORDERED and SIGNED this 4th day of June, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**