IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HTI, IP, LLC and Networkfleet, Inc. | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-370 |
| | § | |
| Procon, Inc., | § | |
| Webtech Wireless, Inc., | § | Jury Trial Requested |
| Webtech Wireless USA Ltd. and | § | |
| Xirgo Technologies, LLC | § | |

**ORDER GRANTING JOINT MOTION
TO AMEND THE DOCKET CONTROL ORDER**

Before the Court is Plaintiffs HTI IP, LLC and NetworkFleet, Inc ("Plaintiffs") and Defendants Procon, Inc., Webtech Wireless, Inc., Webtech Wireless USA Ltd., and Xirgo Technologies, LLC ("Defendants") request to amend the February 1, 2010 Docket Control Order [Dkt. No. 87] to allow the Plaintiffs to supplement its infringement contentions under P.R. 3-1 by July 2, 2010 and to allow the Defendants to supplement its invalidity contentions under P.R. 3-3 by July 31, 2010. The Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' deadline to supplement Infringement Contentions under P.R. 3-1 is July 2, 2010.

IT IS FURTHER ORDERED that Defendants' deadline to supplement Invalidity Contentions under P.R. 3-3 is July 31, 2010.

**So ORDERED and SIGNED this 9th day of June, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dallas 303444v1