# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| HTI IP, LLC and NETWORKFLEET, INC., §<br>§<br>*Plaintiffs*, §<br>§<br>vs. §<br>§<br>PROCON, INC., WEBTECH WIRELESS, §<br>INC., WEBTECH WIRELESS USA LTD. and §<br>XIRGO TECHNOLOGIES, LLC, §<br>§<br>*Defendants*, §<br>§<br>§<br>And Related Counterclaims. §<br>§<br>§<br>§ | CIVIL ACTION NO: 6:09-cv-370<br>JURY TRIAL DEMANDED |

## PLAINTIFFS HTI IP, LLC AND NETWORKFLEET, INC.'S
## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL
## INFRINGEMENT CONTENTIONS UNDER P.R. 3-1

Plaintiffs HTI IP, LLC and NetworkFleet, Inc. (collectively "HTI") hereby gives Notice

that on July 2, 2010, Plaintiffs complied with supplementing its Infringement Contentions under

P.R. 3-1 in accordance with the Court's Docket Control Order (Dkt. No. 123).

Dated: July 6, 2010                                Respectfully submitted,

**McKOOL SMITH**

By: */s/ Sam F. Baxter*
    Sam F. Baxter, Lead Attorney
    Texas State Bar No. 01938000
    sbaxter@mckoolsmith.com
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, Texas 75670
    Telephone:  (903) 923-9000
    Fax:  (903) 923-9099

    Robert M. Manley
    Texas State Bar No. 00787955
    rmanley@mckoolsmith.com
    Martin C. Robson, III
    Texas State Bar No. 24004892
    mrobson@mckoolsmith.com
    McKOOL SMITH, P.C.
    300 Crescent Court, suite 1500
    Dallas, Texas 75201
    Telephone:  (214) 978-4000
    Fax:  (214) 978-4044

    Robert M. Masters
    robmasters@paulhastings.com
    Timothy Cremen
    Timothycremen@paulhastings.com
    Bhaskar Kakarla
    bhaskarkakarla@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    875 15th Street, N.W.,
    Washington, D.C. 20005
    Telephone: (202) 551-1700
    Facsimile: (202) 551-0238

    *Attorneys for Plaintiff HTI IP, LLC and NetworkFleet, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on July 6, 2010.

                              */s/ Martin C. Robson*_____
                              Martin C. Robson