**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **HTI IP, LLC AND NETWORKFLEET, INC.,** | § | |
| | § | |
| **PLAINTIFFS,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **DRIVEOK, INC. (D/B/A** | § | **C.A. NO.  6:09-CV-370** |
| **VEHICLEPATH), WEBTECH** | § | |
| **WIRELESS INC., WEBTECH** | § | |
| **WIRELESS USA LTD. AND XIRGO** | § | |
| **TECHNOLOGIES, LLC,** | § | |
| | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO**
**PLAINTIFFS' MOTION TO DISMISS**

This Court, having reviewed Defendant WebTech Wireless Inc.'s ("WebTech")

Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Dismiss,

finds that the WebTech's Motion should be GRANTED.  Therefore, WebTech is granted an

extension up to and including July 9, 2010 to file its Response to Plaintiffs' Motion to Dismiss.

No deadlines are otherwise altered.

**So ORDERED and SIGNED this 7th day of July, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**